**Order entered December 29, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01509-CR

**BRYAN WILLIAM REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80243-2013**

## ORDER

We **GRANT** appellant Bryan William Reed's December 19, 2014 motion for an extension of time to file a motion for rehearing or motion for en banc reconsideration. Appellant shall file any motion for rehearing or motion for en banc reconsideration by **January 5, 2015.**

/s/     ADA BROWN
        JUSTICE